THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DISTRICT

| | |
|---|---|
| HAROLD GRAVES, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. AW-08-2475 |
| AFNI, INC., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

The Court has been advised that the parties stipulate to the dismissal of this action, with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. No. 6).  Accordingly, IT IS this **29th  day of January, 2009**, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. The claims in the above-entitled action BE and same hereby ARE **Dismissed with prejudice;**

2. The Clerk of the Court shall transmit copies of this Order to all counsel of record.

/s/
Alexander Williams, Jr.
United States District Court Judge